

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00061-CV

| | | |
|---|---|---|
| DAVID DARRIGAN, Appellant | § | On Appeal from the 431st District Court |
| | § | |
| V. | | of Denton County (23-7737-431) |
| | § | |
| | | August 21, 2025 |
| THE AMERICAN PROSPECT, INC., MAUREEN TKACIK, DAVID DAYEN, AND GREG HANSEN, Appellees | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's orders. It is ordered that the orders of the trial court are affirmed.

It is further ordered that Appellant David Darrigan shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell